UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
    UNION, *et al.*,

                    Plaintiffs,

        v.                                              No. 10-cv-123

DEPARTMENT OF JUSTICE

                    Defendant.

**NOTICE OF FILING PROOF OF SERVICE ON UNITED STATES ATTORNEY**

        Please take notice that plaintiff is filing herewith the declaration of James H. Puzo

attesting to service of the summons and complaint in this case upon the United States

Attorney for the District of Columbia.

                    Respectfully submitted,

                    /s/ *Arthur B. Spitzer*
                    _____
                    Arthur B. Spitzer, D.C. Bar No. 235960
                    American Civil Liberties Union of the Nation's Capital
                    1400  20th Street, N.W. #119
                    Washington, D.C. 20036\
                    (202) 457-0800

                    Counsel for plaintiffs

January 26, 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF JUSTICE

Defendant.

No. 1:10-cv-00123

**DECLARATION OF SERVICE OF PROCESS**

I, James H. Puzo, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon the United States Attorney for the District of Columbia by hand-delivering the Summons and Complaint in this action to Docket Clerk Gary Nails, a designated agent for service of process, at 501 3rd St NW, Washington, DC 20001 on Monday, January 25, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2010.

/s/ *James H. Puzo*

_____

James H. Puzo
American Civil Liberties Union of the Nation's Capital
1400 20th Street N.W., Suite 119
Washington, D.C. 20036
T. 202-457-0800
F. 202-452-1868